AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

FIRESTONE FINANCIAL, LLC

V.

OGNJEN KLJAJIC a/k/a OGY KLJAJIC, STRONG ONE FREIGHT, LLC, RIGHT LOGISTICS INCORPORATED, and MARKO DESNICA

CASE NUMBER: 21-cv-06184

ASSIGNED JUDGE: Elaine E. Bucklo

DESIGNATED MAGISTRATE JUDGE: Gabriel A. Fuentes

TO: (Name and address of Defendant)

OGNJEN KLJAJIC
9007 Pineview Ln.
Crown Point, IN 46307

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Alex Darcy
Darcy & Devassy PC
444 N. Michigan Ave, STE 3270
Chicago, IL 50611

an answer to the complaint which is herewith served upon you, __21__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



(By) DEPUTY CLERK

November 18, 2021

DATE

AFFIDAVIT OF SPECIAL PROCESS SERVER
Attorney File:



*37539*

## UNITED STATES DISTRICT COURT- NORTHERN DISTRICT OF ILLINOIS

FIRESTONE FINANCIAL, LLC.

VS.

OGNJEN KLJAJIC a/k/a OGY KLJAJIC, STRONG ONE FREIGHT,LLC. RIGHT LOGISTICS INCORPORATED,AND MARKO DESNICA

COURT NO.: 2021 CV 006184

DOCUMENTS: SUMMONS IN A CIVIL CASE & COMPLAINT

I, **MATTHEW SONNE**, being first duly sworn on oath, deposes and states that service of the above documents was made in the following manner, that I am over the age of 18 and not a party to this action.

DEFENDANT / ENTITY SERVED: OGNJEN KLJAJIC

ADDRESS OF SERVICE: 8141 CEDAR POINT DREIVE, #B30, CROWN POINT, IN 46307.

**Personal Service:** By leaving the documents with the defendant, **OGNJEN KLJAJIC**, personally on **12/20/2021** @ **5:30 PM**.

The approximate physical description of the person whom the documents were served upon are as follows:

Sex: **Male** Race: **White** Age: **41** Hair: **Brown** Height: **5'8"** Weight: **175**

**COMMENTS:**
AN ATTEMPT WAS MADE AT THE ADDRESS PROVIDED AND IT WAS LEARNED THAT OGNJEN'S FATHER MIRKO SOLD THAT HOUSE ON 02/14/2020 PER THE CURRENT OWNER. SKIP TRACING SOURCES WERE UTILIZED AND A CURRENT ADDRESS WAS DEVELOPED AND SERVICE WAS OBTAINED AT THE ABOVE ADDRESS.

Subscribed and sworn to before me

this **December 21, 2021**

Notary Public

MATTHEW SONNE
Edward D. Sonne, Jr. & Associates, Inc.
6221 James Street
Tinley Park, IL 60477
Agency Lic. No.: 117-001047

OFFICIAL SEAL
EDWARD D SONNE JR
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:04/18/23